446 A.2d 692

Commonwealth v. Luciano, Appellant.

Submitted June 3, 1981.  Philip D. Lauer, for appellant; Donald Corriere, District Attorney, for Commonwealth, appellee.

Before ROWLEY, McEWEN and MONTEMURO, JJ.

Judgment of sentence affirmed.